O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY SCOTT ADAMS, | ) | NO. EDCV 13-1815-TJH (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA AND SUPERIOR COURT OF RIVERSIDE CA., | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; And Denying Certificate Of Appealability,

IT IS ORDERED that this action is dismissed with prejudice.

DATED: October 9, 2013

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE